ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Crowley Government Services, Inc. | ) | ASBCA No. 63531 |
| | ) | |
| Under Contract No. N62387-15-C-2505 | ) | |

APPEARANCES FOR THE APPELLANT:     James Y. Boland, Esq.
                                   Caleb E. McCallum, Esq.
                                     Venable LLP
                                     Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Donald J. Thornley, Esq.
                                   Patrick M. Mayette, Esq.
                                     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
ON GOVERNMENT'S MOTION FOR RECONSIDERATION

      The government moves for reconsideration of our recent denial of its motion to dismiss this appeal for lack of jurisdiction. *Crowley Government Services, Inc.*, ASBCA No. 63531, 2023 WL 4196714 (June 7, 2023). We have not requested a response from appellant. *See John Shaw LLC d/b/a Shaw Building Maintenance*, ASBCA No. 61379, 18-1 BCA ¶ 37,026 at 180,294. A motion for reconsideration is not intended to allow a party to re-argue issues that were previously raised and decided. *Id.* Nevertheless, the government essentially reargues its already-rejected position that this appeal is moot. The motion for reconsideration is denied. *See Green Valley Co.*, ASBCA No. 61275, 18-1 BCA ¶ 37,044 at 180,330.

      Dated: July 21, 2023

 

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63531, Appeal of Crowley
Government Services, Inc., rendered in conformance with the Board's Charter.

Dated: July 24, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2